June 26, 2009

Ms. Jennifer Bruch Hogan
Hogan & Hogan, L.L.P.
Two Houston Center
909 Fannin, Suite 2700
Houston, TX 77010
Mr. Joseph S. Horrigan
Horrigan & Goehrs, L.L.P.
909 Fannin, Suite 1600
Houston, TX 77010-1003

RE: Case Numbers: 07-0784 consolidated with 07-0785
 Court of Appeals Numbers: 14-03-00663-CV & 14-05-00474-CV
 Trial Court Number: 308,541-403

Styles: HARRY HOLMES, II, INDEPENDENT EXECUTOR OF THE ESTATE OF THOMAS
 J. HOLMES, SR., DECEASED AND AS TRUSTEE OF ANY TRUST NAMED AS A
 LEGATEE IN THE WILL OF THOMAS J. HOLMES, SR., DECEASED
 v.
 DOUGLAS G. BEATTY, INDEPENDENT EXECUTOR OF THE ESTATE OF KATHRYN V.
 HOLMES, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed consolidated
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Robin C. Gibbs|
| | |
| |Mr. Lawrence J. |
| |Pirtle |
| |Mr. Ed Wells |
| |Ms. Beverly |
| |Kaufman |